# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

                                                **Case No. 02-CR-75**

        -vs-

FIDEL ALFERES, SR.,

                Defendant.

---

## ORDER TO DISMISS REAL PROPERTY

---

        Based on the plaintiff's Motion to Dismiss the Real Property, 32138 Lindenberger Road, Menifee, California, from the Preliminary Order of Forfeiture, it is hereby ORDERED AND ADJUDGED:

        That the real property located at 32138 Lindenberger Road, Menifee, California, is dismissed.

        Dated at Milwaukee, Wisconsin, this 5th day of January, 2006.


                                **SO ORDERED,**


                                **s/ Rudolph T. Randa**
                                **HON. RUDOLPH T. RANDA**
                                **Chief Judge**